**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mark A. Schittler<br>Christine G. Schittler<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 15-18613 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Motor Credit Corporation, and index same on the master mailing list.

Re: Loan # Ending In: 0001

                         Respectfully submitted,

                         **/s/Thomas I. Puleo, Esquire**
                         Thomas I. Puleo, Esquire
                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 825-6309  FAX (215) 825-64069