REQUESTOR'S NAME: Wells Fargo Bank, N.A.

CORRESPONDENCE ADDRESS: Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-8650

TELEPHONE NO.: 888-715-4315

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br>MARK A SCHITTLER<br>CHRISTINE G SCHITTLER | Case No.: 15-18613<br><br>Chapter: 13<br><br>PAYMENT REMITTANCE CHANGE OF ADDRESS NOTICE |
|---|---|

Court's Claim Number: 5

Proof of Claim Amount: $3,736.25

NEW ADDRESS: Wells Fargo Payment Remittance Center
PO Box 51174
Los Angeles, CA 90051

Dated: 02/15/2018

/s/ Veronica Pacheco
Signature

V/P :Loan Administration Manager
Title