IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark A. Schittler<br>Christine G. Schittler<br>              Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>              Movant<br>vs. | NO. 15-18613 REF |
| Mark A. Schittler<br>Christine G. Schittler<br>              Debtor(s) | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>              Trustee | |

## STIPULATION

AND NOW, it hereby stipulated and agreed by and between the undersigned as follows; that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA COROLLA, VIN: 2T1BURHE0FC231867 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Signed this _____ day of _____, 2018.

4/17/18                        _____
                                United States Bankruptcy Judge

cc: See attached service list

Date: March 30, 2018                    /s/ Kevin G. McDonald, Esquire
                                        Kevin G. McDonald, Esquire
                                        Attorney for Movant

Date: April 4, 2018
                                        Joseph A. Bambrick, Jr.
                                        Attorney for Debtor(s)

Date: 4/13/18
                                        Frederick L. Reigle, Esquire
                                        Chapter 13 Trustee