IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK A. SCHITTLER, and<br>CHRISTINE G. SCHITTLER,<br><br>Debtors,<br><br>FIFTH THIRD BANK<br><br>Movant,<br><br>v.<br>MARK A. SCHITTLER,<br>CHRISTINE G. SCHITTLER, and<br>FREDERICK L. REIGLE, Chapter 13 Trustee.<br><br>Respondents. | Bankruptcy No. 15-18613-ref<br><br>Chapter 13<br><br>Related to Doc. No. 54 |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Fifth Third Bank has filed a Motion for Relief from the Automatic Stay with the Court to life the automatic stay regarding the 2013 Jeep Wrangler Utility 2D Sport 4WD  3.6L V6 VIN 1C4AJWAG6DL564417.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before Monday, July 30, 2018, you or your attorney must do **all** of the following:

(a)  file an answer explaining your position at:

Clerk, U.S. Bankruptcy Court
The Madison Building
400 Washington Street
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the movant's attorneys:

        Keri P. Ebeck, Esquire
        Bernstein-Burkley, P.C.
        Suite 2200, Gulf Tower
        Pittsburgh, PA  15219

2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **August 1, 2018 at 9:30 A.M.** in Courtroom #1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601.

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.

        By: /s/ Keri P. Ebeck
        Keri P. Ebeck, Esq.
        PA I.D. #91298
        kebeck@bernsteinlaw.com
        Suite 2200, Gulf Tower
        Pittsburgh, PA 15219
        Phone (412) 456-8112
        Fax: (412) 456-8135

        *Counsel for Fifth Third Bank*

Dated:  July 11, 2018