IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK A. SCHITTLER, and<br>CHRISTINE G. SCHITTLER,<br><br>Debtors,<br><br>FIFTH THIRD BANK<br><br>Movant,<br><br>v.<br><br>MARK A. SCHITTLER,<br>CHRISTINE G. SCHITTLER, and<br>FREDERICK L. REIGLE, Chapter 13 Trustee.<br><br>Respondents. | Bankruptcy No. 15-18613-ref<br><br>Chapter 13<br><br>Related to Doc. Nos. 54 and 55 |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 11th day of July, 2018, I served a copy of the Motion for Relief from the Automatic Stay (filed at Document No. 54) and a copy of the Notice of Motion, Response Deadline and Hearing Date on Motion (filed at Document No. 55) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Mark A. Schittler
Christine G. Schittler
437 Morrison Road
Reading, PA 19601

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Joseph T. Bambrick, Jr., Esq.
Counsel to Debtors
Joseph T. Bambrick Jr. Esq.
529 Reading Avenue, Suite K
West Reading, PA 19611

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

and:

      Service by CM/ECF electronic notification on all parties registered to receive electronic notification.

                                        By: /s/ Keri P. Ebeck
                                        Keri P. Ebeck, Esq.
                                        PA I.D. #91298
                                        kebeck@bernsteinlaw.com
                                        Suite 2200, Gulf Tower
                                        Pittsburgh, PA 15219
                                        Phone (412) 456-8112
                                        Fax: (412) 456-8135

                                        *Counsel for Fifth Third Bank*