IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK A. SCHITTLER, and<br>CHRISTINE G. SCHITTLER,<br><br>      Debtors,<br><br>FIFTH THIRD BANK<br><br>      Movant,<br><br>   v.<br>MARK A. SCHITTLER,<br>CHRISTINE G. SCHITTLER, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>      Respondents. | Bankruptcy No. 15-18613-ref<br><br>Chapter 13<br><br>Related to Doc. No. 54, 58 |

ORDER OF COURT

AND NOW, this ___ day of _____, 2018, upon consideration of the foregoing Amended Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: August 6, 2018**

BY THE COURT

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Chief Judge