United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-18613-ref
Mark A. Schittler                                               Chapter 13
Christine G. Schittler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv            Page 1 of 1         Date Rcvd: Aug 06, 2018
                        Form ID: pdf900      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.
db/jdb         +Mark A. Schittler,   Christine G. Schittler,   437 Morrison Road,   Reading, PA 19601-1162
cr             +WELLS FARGO BANK, N.A.,   P.O. Box 29482,   Phoenix, AZ 85038-9482
cr             +Wells Fargo Bank, n.a.,   Wells Fargo Bank, N.A. - SBL,   P.O. Box 29482,
                 Phoenix, az 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2018 02:12:25     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Christine G. Schittler NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Mark A. Schittler NO1JTB@juno.com
              KERI P EBECK    on behalf of Creditor    Fifth Third Bank kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> MARK A. SCHITTLER, and <br> CHRISTINE G. SCHITTLER, <br><br> Debtors, <br><br> FIFTH THIRD BANK <br><br> Movant, <br><br> v. <br> MARK A. SCHITTLER, <br> CHRISTINE G. SCHITTLER, and <br> WILLIAM C. MILLER, Chapter 13 Trustee. <br><br> Respondents. | Bankruptcy No. 15-18613-ref <br><br> Chapter 13 <br><br> Related to Doc. No. 54, 58 |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2018, upon consideration of the foregoing Amended Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: August 6, 2018**

BY THE COURT

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Chief Judge