```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 15-18613-pmm
Mark A. Schittler                                                   Chapter 13
Christine G. Schittler
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP              Page 1 of 1            Date Rcvd: Jun 10, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db/jdb         +Mark A. Schittler,    Christine G. Schittler,    437 Morrison Road,    Reading, PA 19601-1162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              JILL   MANUEL-COUGHLIN     on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Christine G. Schittler NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Mark A. Schittler NO1JTB@juno.com
              KERI P EBECK    on behalf of Creditor    Fifth Third Bank kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

POWERS KIRN, LLC
By: Jill Manuel-Coughlin, Esquire
ID# 63252
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Attorney for Movant/ 15-2471

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Mark A. Schittler<br>Christine G. Schittler<br><br>                                    Debtors | Chapter 13 Proceeding<br><br>15-18613 PMM |
|---|---|
| WELLS FARGO BANK, N.A.<br>                                    Movant<br>                    v.<br>Mark A. Schittler<br>andChristine G. Schittler<br>Scott F. Waterman, Esquire<br><br>                                    Respondents | |

### STIPULATION IN SETTLEMENT OF
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

WHEREAS, the parties hereto and their respective counsel, have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Jill Manuel-Coughlin, Esquire on behalf of secured creditor, WELLS FARGO BANK, N.A. ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. The Automatic Stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. This Stipulation pertains to the property located at 437 Morrison Road, Reading, PA 19601, mortgage account ending with 9544.

3. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtors and Movant, agree to the following:

   (a) Parties acknowledge that the current regular post-petition payment is **$1,214.52**.

   (b) Parties acknowledge that the following amounts are currently due post-petition:

   | Monthly Payments: 2/1/2020 – 5/1/2020 @ $1,214.52 | $4,858.08 |
   |---|---|
   | Less Debtor Suspense: | ($984.05) |
   | **Total Post-Petition Arrearage:** | **$3,874.03** |

   (c) Commencing with the 6/1/2020 payment the Debtors shall resume and shall continue to make all regular monthly post-petition payments when they are due in accordance with the terms of the Note & Mortgage.

(d) Debtors agree to Amend the Chapter 13 Plan to include the aforementioned post-petition delinquency in the amount of $3,874.03, representing all arrearages due through 5/1/2020. Debtors agree to amend the Chapter 13 Plan within thirty (30) days of the filing of this Stipulation. The parties agree that Movant may file an Amended/Supplemental Proof of Claim (linking to the original filed Proof of Claim) for the above-stated amount and that same shall be deemed approved upon entry of the Order approving this Stipulation.

(e) If sufficient proof is provided (front and back copies of checks or money orders) of payments made, but not credited, the account will be adjusted accordingly.

(f) All post-petition payments from Debtors to Movant shall be sent to Wells Fargo Home Mortgage, PO Box 14507, Des Moines, IA 50306.

(g) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the contract and applicable law. Also, all allowable fees and costs due to Movant as stated on any Post-Petition Fee Notices filed with the court shall be paid prior to the entry of a Discharge Order.

(h) The Debtors shall timely tender all payments and comply with all conditions in accordance with this Stipulation. If such payments or conditions are not timely made, or if the case should convert to a Chapter 7 Bankruptcy, Movant may provide the Debtors and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Movant relief from the automatic stay without further notice and hearing and waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the Relief Order is immediately effective and enforceable.

(i) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____  
Joseph T. Bambrick Jr., Esquire  
Attorney for Debtors  
Date:

/s/ Jill Manuel-Coughlin, Esquire  
Jill Manuel-Coughlin, Esquire  
Attorney for Movant  
Date:

_____  
Scott F. Waterman, Esquire  
Trustee  
Date: 6/5/2020

On this __8th__ day of __June__, 2020, approved by the Court.

_____  
United States Bankruptcy Judge  
Patricia M. Mayer