| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 15-18613-PMM

MARK A. SCHITTLER  
CHRISTINE G. SCHITTLER  
437 MORRISON ROAD  
READING  PA    19601

Petition Filed Date: 12/01/2015  
341 Hearing Date: 03/01/2016  
Confirmation Date: 09/01/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2019 | $691.00 | | 02/05/2019 | $691.00 | | 03/11/2019 | $691.00 | |
| 04/11/2019 | $691.00 | | 05/14/2019 | $691.00 | | 06/13/2019 | $691.00 | |
| 07/08/2019 | $691.00 | | 08/16/2019 | $691.00 | | 09/19/2019 | $691.00 | Monthly Plan P |
| 10/23/2019 | $691.00 | | 11/25/2019 | $691.00 | | 12/31/2019 | $691.00 | |
| 01/28/2020 | $691.00 | | 02/25/2020 | $691.00 | | 03/16/2020 | $691.00 | |
| 04/16/2020 | $691.00 | | 05/11/2020 | $691.00 | | 06/12/2020 | $691.00 | |
| 07/14/2020 | $691.00 | | 07/31/2020 | $861.65 | | | | |

**Total Receipts for the Period: $13,990.65   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $37,608.47**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $2,028.74 | $698.46 | $1,330.28 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $3,145.03 | $1,082.80 | $2,062.23 |
| 23 | BILL ME LATER AS SERVICER for  SYNCHRONY BANK<br>»» 023 | Unsecured Creditors | $494.06 | $179.82 | $314.24 |
| 20 | CAPITAL ONE BANK (USA) NA CABELAS CLUB VISA<br>»» 020 | Unsecured Creditors | $10,960.61 | $3,773.73 | $7,186.88 |
| 21 | CERASTES LLC<br>»» 021 | Unsecured Creditors | $4,299.48 | $1,480.35 | $2,819.13 |
| 22 | CERASTES LLC<br>»» 022 | Unsecured Creditors | $537.12 | $175.29 | $361.83 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,133.83 | $734.79 | $1,399.04 |
| 14 | ECAST SETTLEMENT CORPORATION<br>»» 014 | Unsecured Creditors | $450.35 | $155.05 | $295.30 |
| 6 | FIRST NATIONAL BANK OMAHA<br>»» 006 | Unsecured Creditors | $523.63 | $180.26 | $343.37 |
| 3 | FIFTH THIRD BANK<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | MET-ED<br>»» 016 | Unsecured Creditors | $3,584.54 | $1,234.16 | $2,350.38 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $700.31 | $234.83 | $465.48 |

**Chapter 13 Case No. 15-18613-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $5,372.48 | $1,849.73 | $3,522.75 |
| 15 | PA DEPARTMENT OF REVENUE<br>»» 015 | Secured Creditors | $7,035.50 | $7,035.50 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $1,223.05 | $421.11 | $801.94 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $1,787.02 | $615.26 | $1,171.76 |
| 12 | SHEFFIELD FINANCIAL<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | TOYOTA MOTOR CREDIT CORP<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»» 002 | Secured Creditors | $30,793.95 | $0.00 | $30,793.95 |
| 11 | USAA FEDERAL SAVINGS BANK<br>»» 011 | Unsecured Creditors | $11,534.15 | $3,971.23 | $7,562.92 |
| 9 | WELLS FARGO BANK<br>»» 009 | Unsecured Creditors | $3,736.25 | $1,286.40 | $2,449.85 |
| 10 | WELLS FARGO BANK<br>»» 010 | Unsecured Creditors | $3,311.68 | $1,140.21 | $2,171.47 |
| 24 | WELLS FARGO BANK NEVADA NA<br>»» 024 | Unsecured Creditors | $1,388.90 | $478.17 | $910.73 |
| 17 | WELLS FARGO BANK NA<br>»» 017 | Unsecured Creditors | $12,351.00 | $4,252.49 | $8,098.51 |
| 25 | WELLS FARGO BANK NA<br>»» 025 | Mortgage Arrears | $580.73 | $580.73 | $0.00 |
| 26 | JOSEPH T BAMBRICK JR ESQ<br>»» 026 | Attorney Fees | $2,001.00 | $2,001.00 | $0.00 |
| 26 | WELLS FARGO BANK NA<br>»» 026 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,608.47 | Current Monthly Payment: | $691.00 |
| Paid to Claims: | $33,561.37 | Arrearages: | ($170.65) |
| Paid to Trustee: | $3,255.74 | Total Plan Base: | $40,201.82 |
| Funds on Hand: | $791.36 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.