**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| MARK SCHITTLER, | : | CHAPTER 13 |
| CHRISTINE SCHITTLER, | : | |
| Debtors, | : | BANKRUPTCY NO: 15-18613 |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

    JOSEPH T. BAMBRICK, JR., ESQUIRE has filed with the Court on or about August 18, 2020, a Motion to Modify Chapter 13 Plan Post-Petition.

    **Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, **if** you have one **in** this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

    1.    If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before September 8, 2020 you or your attorney must do <u>all</u> of the following:

    (a)    file an answer explaining your position at:

> United States Bankruptcy Court
> Office of Clerk, Room 103
> The Gateway Building
> 201 Penn Street
> Reading, PA 19601

    If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)  mail a copy to the Movant's attorney:

         **Joseph T. Bambrick, Jr., Esquire**
         **JOSEPH T. BAMBRICK, JR., ESQUIRE**
         **529 Reading Avenue, Suite K**
         **West Reading, PA 19611**
         **Phone: 610-372-6400**
         **Fax: 610-372-9483**

  2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on Thursday, September 17, 2020, at 11 AM, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Courtroom 4th Floor, Reading, PA 19601.

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

**Dated:**  August 18, 2020        /s/Joseph Bambrick
                    **Joseph T. Bambrick, Jr., Esq.**