UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MARK SCHITTLER, | : | CHAPTER 13 |
| CHRISTINE SCHITTLER, | : | |
| DEBTORS | : | BANKRUPTCY NO. 15-18613 |

**CERTIFICATE OF NO RESPONSE**

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on August 18, 2020, a copy of the Motion to Modify the Chapter 13 plan, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Mark and Christine Schittler.

Dated:  September 9, 2020              /s/Joseph Bambrick
                                        Joseph T. Bambrick, Jr., Esquire
                                        Attorney ID 45112
                                        529 Reading Avenue
                                        West Reading, PA  19611
                                        610/372-6400