**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| MARK SCHITTLER, | : | CHAPTER 13 |
| CHRISTINE SCHITTLER, | : | |
| Debtors, | : | BANKRUPTCY NO: 15-18613 |

**O R D E R**

**AND NOW**, this 17th day of September, 2020, upon consideration of the Debtors' Motion to Modify Confirmed Plan, and after notice and opportunity to be heard having been served on all interested parties, and no objection having been filed thereto, it is hereby **ORDERED** and **DECREED** that the Debtors' Motion is **GRANTED** and the Debtors' Modified Plan filed on August 18, 2020 (Doc. 82) is hereby **CONFIRMED**.

BY THE COURT

*Patricia M. Mayer*

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE