```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                      Case No. 15-18613-pmm
Mark A. Schittler                                           Chapter 13
Christine G. Schittler
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP              Page 1 of 1              Date Rcvd: Sep 17, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db/jdb         +Mark A. Schittler,   Christine G. Schittler,   437 Morrison Road,   Reading, PA 19601-1162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              JILL   MANUEL-COUGHLIN     on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Christine G. Schittler NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Mark A. Schittler NO1JTB@juno.com
              KERI P EBECK    on behalf of Creditor    Fifth Third Bank kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| MARK SCHITTLER, | : | CHAPTER 13 |
| CHRISTINE SCHITTLER, | : | |
| Debtors, | : | BANKRUPTCY NO: 15-18613 |

**O R D E R**

**AND NOW**, this <u>  17th  </u> day of <u>  September  </u>, 2020, upon consideration of the Debtors' Motion to Modify Confirmed Plan, and after notice and opportunity to be heard having been served on all interested parties, and no objection having been filed thereto, it is hereby **ORDERED** and **DECREED** that the Debtors' Motion is **GRANTED** and the Debtors' Modified Plan filed on August 18, 2020 (Doc. 82) is hereby **CONFIRMED**.

BY THE COURT

*Patricia M. Mayer*
_____

**PATRICIA M. MAYER,**
**UNITED STATES BANKRUPTCY JUDGE**