Certificate Number: 05781-PAE-DE-035140321

Bankruptcy Case Number: 15-18613



05781-PAE-DE-035140321

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 2, 2020, at 10:27 o'clock AM PST, Mark Schittler completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 2, 2020           By:   /s/Allison M Geving

Name: Allison M Geving

Title:  President