Certificate Number: 05781-PAE-DE-035140323

Bankruptcy Case Number: 15-18613



05781-PAE-DE-035140323

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on December 2, 2020, at 10:27 o'clock AM PST, Christine Schittler completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 2, 2020                By:   /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title:  President