Certificate Number: 05781-PAE-DE-035140323

Bankruptcy Case Number: 15-18613



05781-PAE-DE-035140323

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 2, 2020</u>, at <u>10:27</u> o'clock <u>AM PST</u>, <u>Christine Schittler</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 2, 2020</u>

By:  <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>