United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-18613-pmm |
| Mark A. Schittler | Chapter 13 |
| Christine G. Schittler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A. Schittler, Christine G. Schittler, 437 Morrison Road, Reading, PA 19601-1162 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | SYNCHRONY BANK, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | + | WELLS FARGO BANK, N.A., P.O. Box 29482, Phoenix, AZ 85038-9482 |
| cr | + | Wells Fargo Bank, n.a., Wells Fargo Bank, N.A. - SBL, P.O. Box 29482, Phoenix, az 85038-9482 |
| 13645676 | | AAdvantage, PO Box 13337, Philadelphia, PA 19101-3337 |
| 13645682 | | City-County Baseball League, PO Box 15122, Reading, PA 19612-5122 |
| 13645685 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, PO Box 630778, Cincinnati, OH 45263 |
| 13650167 | + | Fifth Third Bank, PO Box 9013, Addison, TX 75001-9013 |
| 13645686 | | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 13645687 | + | First Data, 4000 Coral Ridge Drive, Pompano Beach, FL 33065-7614 |
| 13645689 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed., PO Box 16001, Reading, PA 19612 |
| 13706014 | + | Met-Ed, A FirstEnergy Company, FirstEnergy, 331 Newman Springs Rd Building 3, Red Bank, NJ 07701-5688 |
| 13655655 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13658563 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 13645691 | + | Reading Health System, PO Box 70894, Philadelphia, PA 19176-5894 |
| 13645695 | + | Toyota, PO Box 4102, Carol Stream, IL 60197-4102 |
| 13672774 | + | Toyota Lease Trust, c/o TOYOTA MOTOR CREDIT CORPORATION, PO BOX 9013, ADDISON, TEXAS 75001-9013 |
| 14042920 | + | Toyota Motor Credit Corp., Kevin G. Mcdonald, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13831134 | + | Toyota Motor Credit Corp., c/o Thomas I. Puleo, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13649460 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 13645697 | + | US Restorations, 2913 Windmill Road, Suite 8, Sinking Spring, PA 19608-1680 |
| 13645698 | + | USAA, 9800 Fredricksburg Road, San Antonio, TX 78288-0002 |
| 13713864 | + | WELLS FARGO BANK NA, MAC F8235-02F, P.O. BOX 10438, DES MOINES, IA 50306-0438 |
| 13645700 | + | Wells Fargo, 2585 State Hill Road, Wyomissing, PA 19610-1817 |
| 13645699 | | Wells Fargo, PO Box 11701, Newark, NJ 07101-4701 |
| 13735729 | + | Wells Fargo Bank, N.A., MAC# D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 14513951 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 13665545 | + | Wells Fargo Bank, N.A., Wells Fargo Payment Remittance Center, PO Box 51174, Los Angeles, CA 90051-5474 |
| 13659572 | + | Wells Fargo Bank, NA, c/o Jill Manuel-Coughlin, Esq., 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 13732251 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 13645701 | | Wells Fargo PL & L Loan, PO Box 14525, Des Moines, IA 50306-3525 |
| 13685094 | | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

Case 15-18613-pmm    Doc 98    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc Imaged
                                    Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 65 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 03:50:48 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13726230 | + Email/Text: bncmail@w-legal.com | Apr 17 2021 03:34:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13726351 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2021 03:32:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13645677 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:17 | Cabelas, Worlds Foremost Bank, PO Box 82575, Lincoln, NE 68501-2575 |
| 13645678 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:16 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14306863 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 17 2021 03:54:10 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 13660850 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:16 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13645681 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 03:53:17 | Citi Diamond, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 13645683 | Email/Text: documentfiling@lciinc.com | Apr 17 2021 03:31:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 13645684 | Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 13645435 | Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13645688 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:11:21 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 13645679 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 17 2021 04:00:50 | Chase Freedom, PO Box 94014, Palatine, IL 60094-4014 |
| 13645680 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 17 2021 04:10:06 | Chase Slate, PO Box 94014, Palatine, IL 60094-4014 |
| 13720209 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 04:01:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13645690 | + Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:32 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 13689604 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 13641980 | Email/PDF: rmscedi@recoverycorp.com | Apr 17 2021 04:11:03 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14265359 | + Email/Text: bncmail@w-legal.com | Apr 17 2021 03:34:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13672009 | Email/Text: bankruptcy@bbandt.com | Apr 17 2021 03:33:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 13645692 | + Email/Text: bankruptcy@bbandt.com | | |

Case 15-18613-pmm    Doc 98    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc Imaged
                        Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 17 2021 03:33:00 | Sheffield Financial, PO Box 580229, Charlotte, NC 28258-0229 |
| 13645693 | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:32 | Synchrony Bank/Sam's Club, PO Box 960013, Orlando, FL 32896-0013 |
| 13645694 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:09:59 | Synchrony Bank/Wal-Mart, PO Box 530927, Atlanta, GA 30353-0927 |
| 13645696 | | Email/Text: bkrcy@ugi.com | Apr 17 2021 03:36:00 | UGI, PO Box 13009, Reading, PA 19612 |
| 13667172 | + | Email/Text: bncmail@w-legal.com | Apr 17 2021 03:34:00 | USAA Savings Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13722616 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:18 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13641408 | | Wells Fargo |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Joint Debtor Christine G. Schittler NO1JTB@juno.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Mark A. Schittler NO1JTB@juno.com |
| KERI P EBECK | on behalf of Creditor Fifth Third Bank kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 65

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

SCOTT F WATERMAN
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor Toyota Motor Credit Corporation tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Mark A. Schittler and Christine G. Schittler

        Debtor(s)                            Bankruptcy No: 15−18613−pmm

                                                            Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                       For The Court
                                                                 Timothy B. McGrath
                                                                 Clerk of Court

Dated: 4/16/21

                                                                                           97 − 96
                                                                                       Form 138_new